JANE HAWKES, as Administratrix of the Estate of RUSSELL HAWKES, Deceased, Respondent, *v.* HARRY GOLL, Appellant, Impleaded with Another.

Argued October 19, 1939; decided November 14, 1939.

*Clarence E. Mellen* and *James Dempsey* for appellant.

*Samuel S. Pines, Charles I. Sterling* and *Leo E. Falkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.